**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Payne's Environmental Services, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1037046** | |

4. **Debtor's address**

**Principal place of business**

**5617 Causeway Blvd.**
**Tampa, FL 33619**
Number, Street, City, State & ZIP Code

**Hillsborough**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **https://paynesenvironmental.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Payne's Environmental Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Payne's Environmental Services, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **Payne's Environmental Services, LLC**                                              Case number (*if known*)
                 Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Payne's Environmental Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 11, 2023**
                    MM / DD / YYYY

**X /s/ Terry Payne**                                          **Terry Payne**
Signature of authorized representative of debtor          Printed name

Title  **Manager**

---

**18. Signature of attorney**

**X /s/ Buddy D. Ford, Esquire**                    Date **October 11, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone  **(813)877-4669**        Email address  **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 11, 2023**          *X* **/s/ Terry Payne**
                                              Signature of individual signing on behalf of debtor

                                              **Terry Payne**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Payne's Environmental Services, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arboretum Core Asset Fund 100 Arboretum Dr. Suite 105 Portsmouth, NH 03801 | | 2022 Morbark 1600 Tub Grinder Serial # 576-027 | | $1,375,741.62 | $800,000.00 | $575,741.62 |
| Vox Funding 14 E 44th St 4th Floor New York, NY 10017 | | 90 days or less: Accounts Receivable | | $520,000.00 | $256,557.88 | $511,442.12 |
| Vox Funding 14 E 44th St 4th Floor New York, NY 10017 | | 90 days or less: Accounts Receivable | | $325,000.00 | $256,557.88 | $325,000.00 |
| Kalamata Capital Group 80 Broad St Suite 1210 New York, NY 10004 | | | Disputed | | | $269,117.00 |
| Newco Capital Group 1 Whitehall St., Ste. 200 New York, NY 10004 | | | | | | $221,156.25 |
| Tropic Oil Company 10002 NW 89th Ave. Miami, FL 33178-4611 | | | | | | $122,551.31 |
| JB&B Capital 109 S. Northshore Dr. Ste. 200 Knoxville, TN 37919 | | 2007 Morbark Grinder Serial #186-1101 | | $267,227.50 | $150,000.00 | $117,227.50 |
| CNH Industrial Accounts P. O. Box 71264 Philadelphia, PA 19176 | | 2017 Case 250 Excavator Serial #NHS7P1209 | | $118,341.95 | $20,000.00 | $98,341.95 |

Debtor    **Payne's Environmental Services, LLC**                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ECT 7027 SW 24th Ave. Gainesville, FL 32607 | | | | | | $74,727.53 |
| Linder Industrial Machinery 1601 S. Frontage Rd. Plant City, FL 33563-2014 | | | | | | $70,647.92 |
| Professional Towing 3304 E. 7th Ave. Tampa, FL 33605 | | | | | | $68,793.97 |
| Dobbs Equipment P. O. Box 5197 Memphis, TN 38101-5197 | | | | | | $68,126.37 |
| Alantes Corporate Finance 234 5th Ave. 2nd Floor New York, NY 10001 | | | Disputed | | | $55,750.00 |
| Caterpillar Financial Services Corporation P. O. Box 730681 Dallas, TX 75373-0681 | | 2021 310 Screw Excavator Serial # GWT01186 | | $101,878.36 | $50,000.00 | $51,878.36 |
| Best Line Oil Co., Inc. 219 N. 20th Street Tampa, FL 33605 | | | | | | $48,530.46 |
| Ring Power Corp. P. O. Box 935004 Atlanta, GA 31193-5004 | | | | | | $43,161.02 |
| CNH Industrial Accounts P. O. Box 71264 Philadelphia, PA 19176 | | 2015 CX210C Case Excavator VIN# DAC210K7NGS7H1319 | | $54,771.89 | $20,000.00 | $34,771.89 |
| John Deere Financial P. O. Box 4450 Carol Stream, IL 60197-4450 | | Deficiency | | $34,070.34 | $0.00 | $34,070.34 |
| Ford Credit PO Box 542000 Omaha, NE 68154 | | 2020 Ford F250 VIN# 1FT7W2BT2LEC48371 | | $54,803.84 | $25,000.00 | $29,803.84 |

| Debtor | **Payne's Environmental Services, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Financial**<br>**P. O. Box 4450**<br>**Carol Stream, IL**<br>**60197-4450** | | **Deficiency** | | **$29,485.10** | **$0.00** | **$29,485.10** |

**Fill in this information to identify the case:**

Debtor name    **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................................    $    **1,803,965.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................................    $    **2,490,874.06**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................................    $    **4,294,839.06**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **3,654,926.82**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **1,130,451.69**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $    **4,785,378.51**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name    **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank** | **Checking** | **2996** | $0.00 |
| 3.2. | **Wells Fargo Bank** | **Checking** | **2798** | $0.00 |
| 3.3. | **Wells Fargo Bank** | **Checking** | **5073** | $0.00 |
| 3.4. | **Wells Fargo Bank** | **Checking** | **4912** | $0.00 |
| 3.5. | **Wells Fargo Bank** | **Savings** | **3044** | $0.00 |
| 3.6. | **Bank of Tampa** | **Checking** | **6551** | $183.45 |

4.      **Other cash equivalents** *(Identify all)*

Debtor      **Payne's Environmental Services, LLC**      Case number *(If known)* _____
_____
            Name

5.    **Total of Part 1.**                                                                    | $183.45 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          256,557.88      -            0.00      = ....      $256,557.88
                                   face amount            doubtful or uncollectible accounts

      11b. Over 90 days old:             215,622.73      -            0.00      =....        $215,622.73
                                   face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                   | $472,180.61 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

Debtor  **Payne's Environmental Services, LLC**                    Case number *(If known)* _____
_____
Name

| 39. | **Office furniture**<br>**(13) Office Chairs; (7) Desks; Conference Table**<br>**and (15) Filing Cabinets** | $0.00 | | $1,130.00 |

| 40. | **Office fixtures** |

| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**(5) Office Computers; Mini Fridge; Microwave;**<br>**(4) Printers; Shredder and Air Compressor** | $0.00 | | $1,080.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $2,210.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **1992 International 4600 Dump Truck**<br>**VIN# 1HTSCNMP2NH420567** | $0.00 | | $3,500.00 |
| 47.2. | **2011 COTC Trailer VIN#**<br>**4YMUE1629BG081489** | $0.00 | | $1,500.00 |
| 47.3. | **2017 Ford F650 Dump Truck VIN#**<br>**1FDNF6DC5HDB08089; 2019 FORD F250**<br>**VIN# 1FT7W2BT7KED23256; 2019 Cat**<br>**239D Skid Steer VIN#**<br>**CAT0239DKBL902974 and 2005 Morbark**<br>**6600 Wood Hog Serial # 186-1060** | $0.00 | | $238,000.00 |
| 47.4. | **2022 Ford F150 VIN#**<br>**1FTFW1E84NFA42494** | $0.00 | | $32,000.00 |

| Debtor | **Payne's Environmental Services, LLC** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 47.5. | **2020 Ford F250 VIN# 1FT7W2BT2LEC48371** | $0.00 | $25,000.00 |
| 47.6. | **2023 Ford F250 VIN# 1FT8W2BN4PEC40476** | $0.00 | $60,000.00 |
| 47.7. | **2019 Ford F750 VIN# 1FDNF7AYXKDF15760** | $0.00 | $65,000.00 |
| 47.8. | **2007 PJTM Manufacturing Trailer VIN# 4P5FD282671101263** | $0.00 | $5,000.00 |
| 47.9. | **2020 John Deere 544L Loader VIN# 1DW544L2KLF706258** | $0.00 | $50,000.00 |
| 47.10. | **2015 CX210C Case Excavator VIN# DAC210K7NGS7H1319** | $0.00 | $20,000.00 |
| 47.11. | **2017 Case 250 Excavator Serial #NHS7P1209** | $0.00 | $20,000.00 |
| 47.12. | **2021 310 Screw Excavator Serial # GWT01186** | $0.00 | $50,000.00 |
| 47.13. | **2014 Komatsu WA320-7 Serial #A36080** | $0.00 | $25,000.00 |
| 47.14. | **2015 Komatsu WA320-7 Serial # A36329** | $0.00 | $30,000.00 |
| 47.15. | **2022 Morbark 1600 Tub Grinder Serial # 576-027** | $0.00 | $800,000.00 |
| 47.16. | **2007 Morbark Grinder Serial #186-1101** | $0.00 | $150,000.00 |
| 47.17. | **Peterson Horizontal Grinder Serial # 32d-40-2593** | $0.00 | $400,000.00 |
| 47.18. | **2018 Catepillar 325 Excavator Serial # 0XAA10371** | $0.00 | $30,000.00 |
| 47.19. | **5 Ton Army Truck (Not Operable)** | $0.00 | Unknown |
| 47.20. | **Freightliner Excavator (Not Operable)** | $0.00 | Unknown |

Debtor    **Payne's Environmental Services, LLC**    Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| 47.21. | **2012 Ford Raptor VIN# 1FTEX1R62CFB80839** | $0.00 | $5,000.00 |
| 47.22. | **McPherson Burner (Not Operable)** | $0.00 | **Unknown** |
| 47.23. | **2019 Big Tex Trailer VIN# 16VPX162XK3041234** | $0.00 | $4,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **(3) Connex Shipping Containers** | $0.00 | $1,500.00 |
| **(5) Fuel Tanks** | $0.00 | $300.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.    **$2,016,300.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5617 Causeway Blvd., Tampa, FL 33619** | **Fee simple** | **$0.00** | | **$1,803,965.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.    **$1,803,965.00**

Debtor    **Payne's Environmental Services, LLC**                    Case number *(If known)* _____
                  Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **https://paynesenvironmental.com/** | **$0.00** | | **$0.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                      | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Payne's Environmental Services, LLC**                    Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $183.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $472,180.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,210.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,016,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $1,803,965.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,490,874.06 | + 91b. $1,803,965.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,294,839.06 |

**Fill in this information to identify the case:**

Debtor name __**Payne's Environmental Services, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Advantage Platform Services** | | |
|---|---|---|---|

| | **Advantage Platform Services** | Describe debtor's property that is subject to a lien | $98,000.00 | $256,557.88 |
|---|---|---|---|---|

Creditor's Name

**90 days or less: Accounts Receivable**

**104 E. 25th Street 10th Fl
New York, NY 10010**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Payne's Environmental Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

**1. Advantage Platform Services**
**2. SBA**
**3. Vox Funding**
**4. Vox Funding**
**5. Assn Company**
**6. CHTD Company**
**7. Corporation Serivce Company**
**8. Corporation Serivce Company**
**9. Corporation Serivce Company**
**10. Corporation Serivce Company**
**11. Corporation Serivce Company**
**12. Corporation Serivce Company**
**13. Corporation Serivce Company**

---

| 2.2 | **Arboretum Core Asset Fund** | | $1,375,741.62 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**100 Arboretum Dr.**
**Suite 105**
**Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2006**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Morbark 1600 Tub Grinder Serial # 576-027**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Assn Company** | | Unknown | $256,557.88 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor    **Payne's Environmental Services, LLC**
_____    Case number (if known) _____
Name

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| □ No | □ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.4 | **Bank of the West** | Describe debtor's property that is subject to a lien | $18,763.46 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 7167**
**Pasadena, CA 91109-7167**

**2020 John Deere 544L Loader VIN#**
**1DW544L2KLF706258**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8470**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | □ Disputed |

---

| 2.5 | **Caterpilar Financial** | Describe debtor's property that is subject to a lien | Unknown | $256,557.88 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Ave.**
**Nashville, TN 37203**

**90 days or less: Accounts Receivable**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| □ No | □ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.6 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $101,878.36 | $50,000.00 |
|---|---|---|---|---|

---

Debtor   **Payne's Environmental Services, LLC**                                    Case number (if known) _____
_____
Name

| Creditor's Name | | |
|---|---|---|
| **Services Corporation**<br>**P. O. Box 730681**<br>**Dallas, TX 75373-0681** | **2021 310 Screw Excavator Serial # GWT01186** | |
| Creditor's mailing address | | |
| | Describe the lien | |
| | | |
| | **Is the creditor an insider or related party?** | |
| | ■ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | ☐ No | |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number**<br>**7356** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | |

| 2.7 | **CHTD Company** | Describe debtor's property that is subject to a lien | Unknown | $256,557.88 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |
| | **P. O. Box 2576**<br>**Springfield, IL 62708** | | | |
| | Creditor's mailing address | Describe the lien<br>**UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Unliquidated<br>■ Disputed | | |

| 2.8 | **CNH Industrial Accounts** | Describe debtor's property that is subject to a lien | $54,771.89 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 CX210C Case Excavator VIN#**<br>**DAC210K7NGS7H1319** | | |
| | **P. O. Box 71264**<br>**Philadelphia, PA 19176** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**6294** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | **Payne's Environmental Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **CNH Industrial Accounts** | Describe debtor's property that is subject to a lien | **$118,341.95** | **$20,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2017 Case 250 Excavator Serial #NHS7P1209** | | |

**P. O. Box 71264**
**Philadelphia, PA 19176**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6294**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.10 | **Corporation Serivce Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$256,557.88** |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.11 | **Corporation Serivce Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$256,557.88** |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC-1**

Debtor   **Payne's Environmental Services, LLC**
_____
Name

Case number (if known) _____

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 2 | **Corporation Serivce Company** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Unknown**   **$256,557.88**

---

| 2.1 3 | **Corporation Serivce Company** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Unknown**   **$256,557.88**

---

| Debtor | **Payne's Environmental Services, LLC** | | Case number *(if known)* | |
| | Name | | | |

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.1 4 | **Corporation Serivce Company** |
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

Unknown                    $256,557.88

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.1 5 | **Corporation Serivce Company** |
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

Unknown                    $256,557.88

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.1 6 | **Corporation Serivce Company** |
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

Unknown                    $256,557.88

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1**

---

Debtor    **Payne's Environmental Services, LLC**    Case number (if known) _____
_____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☒ Disputed |

---

| 2.1 7 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$256,557.88** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd., Ste 700**
**ATTN SPRS**
**Glendale, CA 91203**

| | |
|---|---|
| Creditor's mailing address | **90 days or less: Accounts Receivable** |
| | |
| | **Describe the lien** |
| | **UCC-1** |
| | **Is the creditor an insider or related party?** |
| _____ | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☒ Disputed |

---

| 2.1 8 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | **$53,317.05** | **$32,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 542000**
**Omaha, NE 68154**

| | |
|---|---|
| Creditor's mailing address | **2022 Ford F150 VIN# 1FTFW1E84NFA42494** |
| | |
| | **Describe the lien** |
| | **Automobile Lien** |
| | **Is the creditor an insider or related party?** |
| _____ | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7789** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

---

Debtor    **Payne's Environmental Services, LLC**    Case number (if known) _____
       Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | | | | |
|---|---|---|---|---|

**Ford Credit**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2020 Ford F250 VIN# 1FT7W2BT2LEC48371**

$54,803.84        $25,000.00

**PO Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

**Describe the lien**
**Automobile Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3550**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | | | | |
|---|---|---|---|---|

**Ford Credit**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Ford F750 VIN# 1FDNF7AYXKDF15760**

$62,742.36        $65,000.00

**PO Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

**Describe the lien**
**Automobile Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0416**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | | | | |
|---|---|---|---|---|

**Hillsborough County**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**5617 Causeway Blvd., Tampa, FL 33619**

$30,052.39        $1,803,965.00

**Tax Collector**
**601 E. Kennedy Blvd. 14th**
**Fl**
**Tampa, FL 33602**
Creditor's mailing address

**Describe the lien**

---

Debtor    **Payne's Environmental Services, LLC**            Case number (if known) _____
          Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Hillsborough County**<br>**2. Newtek** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.2 2**   **JB&B Capital**

| | | | $267,227.50 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**109 S. Northshore Dr. Ste. 200 Knoxville, TN 37919**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2007 Morbark Grinder Serial #186-1101**

**Describe the lien**

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**0007** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.2 3**   **John Deere Financial**

| | | | $34,070.34 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 4450 Carol Stream, IL 60197-4450**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Deficiency**

**Describe the lien**
**UCC-1**

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**0324** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Debtor    **Payne's Environmental Services, LLC**                    Case number (if known) _____
_____
Name

■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.
_____

---

| 2.2 4 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $11,136.55 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 4450
Carol Stream, IL
60197-4450**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Deficiency**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1980**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $29,485.10 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 4450
Carol Stream, IL
60197-4450**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Deficiency**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0618**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $12,148.21 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 4450
Carol Stream, IL
60197-4450**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Deficiency**

**Describe the lien**

---

| Debtor | **Payne's Environmental Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**UCC-1**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3407**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.2 7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $19,092.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Deficiency** | | |

**P. O. Box 4450**
**Carol Stream, IL**
**60197-4450**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5484**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.2 8 | **Leasing Innovations, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | $256,557.88 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**15 Court Square Ste. 520**
**Boston, MA 02108**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Payne's Environmental Services, LLC**                                Case number (if known) _____
_____
Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 9 | **Newtek** | Describe debtor's property that is subject to a lien | $142,730.25 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave. Ste. 130**
**New Hyde Park, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9676**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Peterson Horizontal Grinder Serial #**
**32d-40-2593**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Newtek** | Describe debtor's property that is subject to a lien | $115,022.50 | $1,803,965.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave. Ste. 130**
**New Hyde Park, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6289**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.21**

**5617 Causeway Blvd., Tampa, FL 33619**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Newtek** | Describe debtor's property that is subject to a lien | $60,600.95 | $238,000.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave. Ste. 130**
**New Hyde Park, NY 11042**

**2017 Ford F650 Dump Truck VIN#**
**1FDNF6DC5HDB08089; 2019 FORD F250 VIN#**
**1FT7W2BT7KED23256; 2019 Cat 239D Skid**
**Steer VIN# CAT0239DKBL902974 and 2005**
**Morbark 6600 Wood Hog Serial # 186-1060**

---

| Debtor | **Payne's Environmental Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6807**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 2 | **SBA** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $256,557.88 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**14925 Kingsport Rd.**
**Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 3 | **Vox Funding** | **Describe debtor's property that is subject to a lien** | $520,000.00 | $256,557.88 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**14 E 44th St 4th Floor**
**New York, NY 10017**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Payne's Environmental Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Vox Funding** | Describe debtor's property that is subject to a lien | $325,000.00 | $256,557.88 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**14 E 44th St 4th Floor**
**New York, NY 10017**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,654,926.82 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank Of The West**<br>**1625 W. Fountainhed Pkwy.**<br>**AZ-FTN-10C-A**<br>**Tempe, AZ 85282** | Line **2.4** | |
| **Caterpiliar Financial**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** | Line **2.6** | |
| **CNH Industrial Capital**<br>**500 Diller Ave.**<br>**New Holland, PA 17557** | Line **2.8** | |
| **CNH Industrial Capital**<br>**500 Diller Ave.**<br>**New Holland, PA 17557** | Line **2.9** | |
| **Cohn & Dussi, LLC**<br>**255 State Street, Ste. 7B**<br>**Boston, MA 02109** | Line **2.2** | |

Debtor   **Payne's Environmental Services, LLC**                    Case number (if known) _____
          Name

| | |
|---|---|
| **Ford Motor Credit Company**<br>**P. O. Box 680020**<br>**MD610**<br>**Franklin, TN 37068** | Line **2.18** |
| **Ford Motor Credit Company**<br>**P. O. Box 680020**<br>**MD610**<br>**Franklin, TN 37068** | Line **2.19** |
| **Ford Motor Credit Company**<br>**P. O. Box 680020**<br>**MD610**<br>**Franklin, TN 37068** | Line **2.20** |
| **John Deere Financial**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **2.24** |
| **John Deere Financial**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **2.25** |
| **John Deere Financial**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **2.26** |
| **John Deere Financial**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **2.27** |
| **U. S. Small Business Admin**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line **2.32** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,750.00** |
| --- | --- | --- | --- |

**Alantes Corporate Finance**
**234 5th Ave. 2nd Floor**
**New York, NY 10001**

Date(s) debt was incurred   _

Last 4 digits of account number   **0001**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,541.08** |
| --- | --- | --- | --- |

**Alta Equipment Company**
**8418 Palm River Rd.**
**Tampa, FL 33619**

Date(s) debt was incurred   _

Last 4 digits of account number   **6768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,530.46** |
| --- | --- | --- | --- |

**Best Line Oil Co., Inc.**
**219 N. 20th Street**
**Tampa, FL 33605**

Date(s) debt was incurred   _

Last 4 digits of account number   _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,934.39** |
| --- | --- | --- | --- |

**Bradenton Rental**
**436 MLK Jr. Blvd. W.**
**Seffner, FL 33583**

Date(s) debt was incurred   _

Last 4 digits of account number   **6864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Payne's Environmental Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.33** |
|---|---|---|---|
| | **Bridgestone Horsepower**<br>**50 Industrial Loop North**<br>**Orange Park, FL 32073-6258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **8538** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,126.37** |
|---|---|---|---|
| | **Dobbs Equipment**<br>**P. O. Box 5197**<br>**Memphis, TN 38101-5197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,950.00** |
|---|---|---|---|
| | **EBI Surveying**<br>**8415 Sunstate Street**<br>**Tampa, FL 33634-1309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7490** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,727.53** |
|---|---|---|---|
| | **ECT**<br>**7027 SW 24th Ave.**<br>**Gainesville, FL 32607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6112** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.40** |
|---|---|---|---|
| | **Five Star Rated**<br>**Dept CH-14524**<br>**Palatine, IL 60055-4524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7978** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,775.75** |
|---|---|---|---|
| | **Fleetwatcher, LLC**<br>**8727 Commerce Park Place**<br>**Suites A-D**<br>**Indianapolis, IN 46268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269,117.00** |
|---|---|---|---|
| | **Kalamata Capital Group**<br>**80 Broad St Suite 1210**<br>**New York, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Payne's Environmental Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,647.92**

**Linder Industrial Machinery**
**1601 S. Frontage Rd.**
**Plant City, FL 33563-2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  8720**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,249.51**

**MI Conveyance Solutions**
**5202 Shadowlawn Ave.**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  0901**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.76**

**Motion Industries**
**P. O. Box 98412**
**Chicago, IL 60693-8412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  9909**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Narquis Campoalegre**
**c/o Morgan & Morgan**
**201 N. Franklin St. 7th Fl.**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Injury Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221,156.25**

**Newco Capital Group**
**1 Whitehall St., Ste. 200**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$943.31**

**Palmdale Oil Company, Inc.**
**911 N. 2nd Street**
**Fort Pierce, FL 34950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  2818**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,167.26**

**Port Consolidated**
**P. O. Box 350430**
**Fort Lauderdale, FL 33335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  6016**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Payne's Environmental Services, LLC**
_____     Case number (if known) _____
         Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.09 |
|---|---|---|---|

**PowerPlan**
**21310 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4784**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,793.97 |
|---|---|---|---|

**Professional Towing**
**3304 E. 7th Ave.**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8585**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,619.84 |
|---|---|---|---|

**Progressive Insurance**
**6300 Wilson Mills Rd.**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8993**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,626.00 |
|---|---|---|---|

**Ring Power Corp.**
**P. O. Box 935004**
**Atlanta, GA 31193-5004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,161.02 |
|---|---|---|---|

**Ring Power Corp.**
**P. O. Box 935004**
**Atlanta, GA 31193-5004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6348**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,551.31 |
|---|---|---|---|

**Tropic Oil Company**
**10002 NW 89th Ave.**
**Miami, FL 33178-4611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,954.00 |
|---|---|---|---|

**Universal Fuel Services**
**6218 E. 14th Ave.**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7728**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Payne's Environmental Services, LLC**                    Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.14 |
|------|------|------|------|

3.26   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$1,420.14**
       **US Bank**
       **P. O. Box 790448**                     ☐ Contingent
       **Saint Louis, MO 63179**                ☐ Unliquidated
                                                ☐ Disputed
       **Date(s) debt was incurred** _

       **Last 4 digits of account number  3900**    **Basis for the claim:** _

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td colspan="3"><strong>Part 3:</strong>    List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | Jeffrey R. Eisensmith, P.A. 5561 N. University Dr. Ste. 103 Pompano Beach, FL 33067 | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.2 | Lippes Mathias 10151 Deerwoord Park Blvd. Bldg. 300 Ste. 300 Jacksonville, FL 32256 | Line **3.23** ☐ Not listed. Explain ____ | _ |
| 4.3 | Platzer, Swergold, Goldberg, Katz & Jaslow, LLP 475 Park Ave. S. 18th Fl. New York, NY 10016 | Line **3.1** ☐ Not listed. Explain ____ | _ |
| 4.4 | Alan B. Gest, P. A. 2670 NE 215 Street Miami, FL 33180 | Line **3.11** ☐ Not listed. Explain ____ | _ |
| 4.5 | Berkovitch & Bouskila 80 Broad Street, Ste. 3303 New York, NY 10004 | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.6 | Bruce David Green, P. A. 1313 S. Andrews Ave. Fort Lauderdale, FL 33316 | Line **3.24** ☐ Not listed. Explain ____ | _ |
| 4.7 | Caine & Weiner 935 National Pkwy. Ste. 40 Schaumburg, IL 60173 | Line **3.21** ☐ Not listed. Explain ____ | **3643** |
| 4.8 | Commerical Collectors, Inc. P. O. Box 337 Montrose, MN 55363 | Line **3.8** ☐ Not listed. Explain ____ | **4251** |
| 4.9 | Lippes Mathias 10151 Deerwoord Park Blvd. Bldg. 300 Ste. 300 Jacksonville, FL 32256 | Line **3.22** ☐ Not listed. Explain ____ | _ |

---

<table>
<tr><td colspan="2"><strong>Part 4:</strong>    Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **Payne's Environmental Services, LLC**
          Name

Case number *(if known)* _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **1,130,451.69** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **1,130,451.69** |

Fill in this information to identify the case:

Debtor name    **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Advantage Platform Services** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Alantes Corporate Finance** | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.3 | **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Alta Equipment Company** | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.4 | **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Arboretum Core Asset Fund** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Bank of the West** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Payne's Environmental Services, LLC**                    Case number *(if known)* _____

▐ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | Best Line Oil Co., Inc. | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.7 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Bradenton Rental** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.8 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Bridgestone Horsepower** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.9 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Caterpillar Financial** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **CNH Industrial Accounts** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **CNH Industrial Accounts** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Dobbs Equipment** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.13 **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **EBI Surveying** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

Debtor    **Payne's Environmental Services, LLC**                                 Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                         Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **ECT** |

☐ D _____
■ E/F    **3.8**
☐ G _____

| | | | |
|---|---|---|---|
| 2.15 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Five Star Rated** |

☐ D _____
■ E/F    **3.9**
☐ G _____

| | | | |
|---|---|---|---|
| 2.16 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Fleetwatcher, LLC** |

☐ D _____
■ E/F    **3.10**
☐ G _____

| | | | |
|---|---|---|---|
| 2.17 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Ford Credit** |

■ D    **2.18**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.18 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Ford Credit** |

■ D    **2.19**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.19 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Ford Credit** |

■ D    **2.20**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.20 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Hillsborough County** |

■ D    **2.21**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.21 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **JB&B Capital** |

■ D    **2.22**
☐ E/F _____
☐ G _____

Debtor    **Payne's Environmental Services, LLC**                        Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **John Deere Financial** | ☑ D  **2.23**<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **John Deere Financial** | ☑ D  **2.24**<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **John Deere Financial** | ☑ D  **2.25**<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **John Deere Financial** | ☑ D  **2.26**<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **John Deere Financial** | ☑ D  **2.27**<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Kalamata Capital Group** | ☐ D ____<br>☑ E/F  **3.11**<br>☐ G ____ |
| 2.28 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **Linder Industrial Machinery** | ☐ D ____<br>☑ E/F  **3.12**<br>☐ G ____ |
| 2.29 | **Terry Payne** | 5617 Causeway Blvd<br>Tampa, FL 33619 | **MI Conveyance Solutions** | ☐ D ____<br>☑ E/F  **3.13**<br>☐ G ____ |

| Debtor | **Payne's Environmental Services, LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.30 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Motion Industries | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.31 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Narquis Campoalegre | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.32 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Newtek | ■ D __2.29__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Newtek | ■ D __2.30__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Newtek | ■ D __2.31__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Palmdale Oil<br>Company, Inc. | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.36 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | Port Consolidated | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.37 | Terry Payne | 5617 Causeway Blvd<br>Tampa, FL 33619 | PowerPlan | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

Debtor    **Payne's Environmental Services, LLC**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.38    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **Professional Towing**    ☐ D _____
■ E/F    **3.20**
☐ G _____

2.39    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **Progressive Insurance**    ☐ D _____
■ E/F    **3.21**
☐ G _____

2.40    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **Ring Power Corp.**    ☐ D _____
■ E/F    **3.22**
☐ G _____

2.41    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **Ring Power Corp.**    ☐ D _____
■ E/F    **3.23**
☐ G _____

2.42    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **SBA**    ■ D    **2.32**
☐ E/F _____
☐ G _____

2.43    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **Tropic Oil Company**    ☐ D _____
■ E/F    **3.24**
☐ G _____

2.44    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **Universal Fuel Services**    ☐ D _____
■ E/F    **3.25**
☐ G _____

2.45    **Terry Payne**    5617 Causeway Blvd
Tampa, FL 33619    **US Bank**    ☐ D _____
■ E/F    **3.26**
☐ G _____

Debtor    **Payne's Environmental Services, LLC**                    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Vox Funding** | ■ D __2.33__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Payne's Environmental Services, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,055,981.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,283,689.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,934,557.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Payne's Environmental Services, LLC**                                      Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Caterpillar Financial**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** | **9/1/23**<br>**$4,786.12;**<br>**9/18/23**<br>**$3,774.31**<br>**and 9/19/23**<br>**$3,774.30** | **$12,334.73** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Ford Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154** | **7/06/23**<br>**$3,370.99;**<br>**7/27/23**<br>**$1,668.65;**<br>**8/15/23**<br>**$2,767.92**<br>**and 9/8/23**<br>**$1,610.60** | **$9,418.16** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Arboretum Core Asset Fund**<br>**100 Arboretum Dr.**<br>**Suite 105**<br>**Portsmouth, NH 03801** | **8/7/23**<br>**$7,860.00** | **$7,860.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere Financial**<br>**P. O. Box 4450**<br>**Carol Stream, IL 60197-4450** | **(2) John Deere 624P's; (2) John Deere 350G's and John Deere 210** | **June, 2023** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Payne's Environmental Services, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kalamata Capital Group**<br><br>**vs.**<br><br>**Payne's Environmental Services, LLC**<br>**23-CA-014581** | **Collection** | **The Circuit Court of the 13th**<br>**Judicial Circuit in and for Hillsborough County Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Tropic Oil Company, LLC**<br><br>**vs.**<br><br>**Payne's Environmental Services, LLC**<br>**2023-016255-CA-01** | **Collection** | **The Circuit Court of the 11th**<br>**Judicial Circuit in and for Miami-Dade County Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Newco Capital Group**<br><br>**vs.**<br><br>**Payne's Environmental Services, LLC**<br>**134922-2022** | **Collection** | **Supreme Court of the State of New York County of Ontario** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Port Consolidated**<br><br>**vs.**<br><br>**Payne's Environmental Services, LLC**<br>**CONO 23-004785** | **Collection** | **The County Court of the 17th**<br>**Judicial Circuit in and for Broward County Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Payne's Environmental Services, LLC**   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buddy D. Ford, P.A.**<br>**9301 West Hillsborough Avenue**<br>**Tampa, FL 33615-3008** | **Attorney Fees $25,000.00 and Filing Fee $1,738.00** | **September 13, 2023** | **$26,738.00** |
| | Email or website address<br>**All@tampaesq.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

| Debtor | Payne's Environmental Services, LLC | Case number *(if known)* | |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | Payne's Environmental Services, LLC | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Debtor | Payne's Environmental Services, LLC | Case number (if known) | |
|---|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Best Consulting**<br>**P. O. Box 45157**<br>**Tampa, FL 33677** | **2020 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Terry Payne** | **5617 Causeway Blvd**<br>**Tampa, FL 33619** | **Manager** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **Payne's Environmental Services, LLC**                             Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **Payne's Environmental Services, LLC** | Case number *(if known)* |
|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2023**

**/s/ Terry Payne**                                              **Terry Payne**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Payne's Environmental Services, LLC** _____   Case No. _____
                              Debtor(s)                        Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Terry Payne**<br>**5617 Causeway Blvd**<br>**Tampa, FL 33619** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 11, 2023** _____   Signature   **/s/ Terry Payne**  _____
                                                                **Terry Payne**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Payne's Environmental Services, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 11, 2023** _____        **/s/ Terry Payne** _____

**Terry Payne**/**Manager**
Signer/Title

Payne's Environmental Services, LLC
5617 Causeway Blvd.
Tampa, FL 33619

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Jeffrey R. Eisensmith, P.A.
5561 N. University Dr.
Ste. 103
Pompano Beach, FL 33067

Lippes Mathias
10151 Deerwoord Park Blvd.
Bldg. 300 Ste. 300
Jacksonville, FL 32256

Platzer, Swergold,
Goldberg, Katz & Jaslow, LLP
475 Park Ave. S. 18th Fl.
New York, NY 10016

Advantage Platform Services
104 E. 25th Street 10th Fl
New York, NY 10010

Alan B. Gest, P. A.
2670 NE 215 Street
Miami, FL 33180

Alantes Corporate Finance
234 5th Ave. 2nd Floor
New York, NY 10001

Alta Equipment Company
8418 Palm River Rd.
Tampa, FL 33619

Arboretum Core Asset Fund
100 Arboretum Dr.
Suite 105
Portsmouth, NH 03801

Assn Company
PO Box 2576
Springfield, IL 62708

Bank of the West
P. O. Box 7167
Pasadena, CA 91109-7167

Bank Of The West
1625 W. Fountainhed Pkwy.
AZ-FTN-10C-A
Tempe, AZ 85282

Berkovitch & Bouskila
80 Broad Street, Ste. 3303
New York, NY 10004

Best Line Oil Co., Inc.
219 N. 20th Street
Tampa, FL 33605

Bradenton Rental
436 MLK Jr. Blvd. W.
Seffner, FL 33583

Bridgestone Horsepower
50 Industrial Loop North
Orange Park, FL 32073-6258

Bruce David Green, P. A.
1313 S. Andrews Ave.
Fort Lauderdale, FL 33316

Caine & Weiner
935 National Pkwy. Ste. 40
Schaumburg, IL 60173

Caterpilar Financial
2120 West End Ave.
Nashville, TN 37203

Caterpillar Financial
Services Corporation
P. O. Box 730681
Dallas, TX 75373-0681

CHTD Company
P. O. Box 2576
Springfield, IL 62708

CNH Industrial Accounts
P. O. Box 71264
Philadelphia, PA 19176

CNH Industrial Capital
500 Diller Ave.
New Holland, PA 17557

Cohn & Dussi, LLC
255 State Street, Ste. 7B
Boston, MA 02109

Commerical Collectors, Inc.
P. O. Box 337
Montrose, MN 55363

Corporation Serivce Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation System
330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203

Dobbs Equipment
P. O. Box 5197
Memphis, TN 38101-5197

EBI Surveying
8415 Sunstate Street
Tampa, FL 33634-1309

ECT
7027 SW 24th Ave.
Gainesville, FL 32607

Five Star Rated
Dept CH-14524
Palatine, IL 60055-4524

Fleetwatcher, LLC
8727 Commerce Park Place
Suites A-D
Indianapolis, IN 46268

Ford Credit
PO Box 542000
Omaha, NE 68154

Ford Motor Credit Company
P. O. Box 680020
MD610
Franklin, TN 37068

Hillsborough County
Tax Collector
601 E. Kennedy Blvd. 14th Fl
Tampa, FL 33602

JB&B Capital
109 S. Northshore Dr.
Ste. 200
Knoxville, TN 37919

John Deere Financial
P. O. Box 4450
Carol Stream, IL 60197-4450

John Deere Financial
6400 NW 86th Street
Johnston, IA 50131

Kalamata Capital Group
80 Broad St Suite 1210
New York, NY 10004

Leasing Innovations, Inc.
15 Court Square Ste. 520
Boston, MA 02108

Linder Industrial Machinery
1601 S. Frontage Rd.
Plant City, FL 33563-2014

Lippes Mathias
10151 Deerwoord Park Blvd.
Bldg. 300 Ste. 300
Jacksonville, FL 32256

MI Conveyance Solutions
5202 Shadowlawn Ave.
Tampa, FL 33610

Motion Industries
P. O. Box 98412
Chicago, IL 60693-8412

Narquis Campoalegre
c/o Morgan & Morgan
201 N. Franklin St. 7th Fl.
Tampa, FL 33602

Newco Capital Group
1 Whitehall St., Ste. 200
New York, NY 10004

Newtek
1981 Marcus Ave. Ste. 130
New Hyde Park, NY 11042

Palmdale Oil Company, Inc.
911 N. 2nd Street
Fort Pierce, FL 34950

Port Consolidated
P. O. Box 350430
Fort Lauderdale, FL 33335

PowerPlan
21310 Network Place
Chicago, IL 60673

Professional Towing
3304 E. 7th Ave.
Tampa, FL 33605

Progressive Insurance
6300 Wilson Mills Rd.
Cleveland, OH 44143

Ring Power Corp.
P. O. Box 935004
Atlanta, GA 31193-5004

SBA
14925 Kingsport Rd.
Fort Worth, TX 76155

Tropic Oil Company
10002 NW 89th Ave.
Miami, FL 33178-4611

U. S. Small Business Admin
2 North 20th Street
Suite 320
Birmingham, AL 35203

Universal Fuel Services
6218 E. 14th Ave.
Tampa, FL 33619

US Bank
P. O. Box 790448
Saint Louis, MO 63179

Vox Funding
14 E 44th St 4th Floor
New York, NY 10017

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Payne's Environmental Services, LLC** _____    Case No. _____
                                          Debtor(s)                              Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................    $ _____**25,000.00**
    Prior to the filing of this statement I have received ..............    $ _____**0.00**
    Balance Due ...................................................................    $ _____**25,000.00**

2. $ __**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 11, 2023** _____          **/s/ Buddy D. Ford, Esquire** _____
_Date_                                          **Buddy D. Ford, Esquire 0654711**
                                                _Signature of Attorney_
                                                **Buddy D. Ford, P.A.**
                                                **9301 West Hillsborough Avenue**
                                                **Tampa, FL 33615-3008**
                                                **(813)877-4669  Fax: (813)877-5543**
                                                **All@tampaesq.com**
                                                _Name of law firm_