# United States Bankruptcy Court
## Middle District of Florida

In re   **Payne's Environmental Services, LLC**                             Case No.
                                      Debtor(s)                             Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Payne's Environmental Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **October 11, 2023** | **/s/ Buddy D. Ford, Esquire** |
| Date | **Buddy D. Ford, Esquire 0654711** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Payne's Environmental Services, LLC** |
| | **Buddy D. Ford, P.A.** |
| | **9301 West Hillsborough Avenue** |
| | **Tampa, FL 33615-3008** |
| | **(813)877-4669 Fax:(813)877-5543** |
| | **All@tampaesq.com** |