## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                           Chapter 11

PAYNE'S ENVIRONMENTAL SERVICES, LLC,         Case No.: 8:23-bk-04522

_____Debtor._____/

### VERIFIED SMALL BUSINESS CHAPTER 11 BALANCE SHEET,
### OPERATIONS AND CASH-FLOW STATEMENT AND INCOME TAX RETURNS

**COMES NOW** PAYNE'S ENVIRONMENTAL SERVICES, LLC (the "Debtor"), by and through its undersigned counsel, hereby files this its Verified Small Business Chapter 11 Balance Sheet, Operations and Cash-Flow Statement and Income Tax Returns pursuant to 11 U.S.C. §1116(1), as follows:

1.      Copies of the Debtor's most recent profit and loss statement and balance sheet is attached hereto as composite Exhibit "A" and incorporated herein by reference.

2.      Copies of the Debtor's  2020 U.S. Income Tax Return for an S Corporation (Form 1120s) and 2021 U.S. Income Tax Return for an S Corporation  are attached hereto as composite Exhibit "B" and incorporated herein by reference.

**RESPECTFULLY SUBMITTED**, on this 11th  day of October, 2023.


Respectfully submitted,

BUDDY D. FORD, P.A.,


 /s/ Buddy D. Ford_____
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone #: (813) 877-4669
Office Email: *All@tampaesq.com*
Attorney for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of October, 2023,  true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF and, by   U.S. Mail to:

Payne's Environmental Services, LLC, 5617 Causeway Blvd., Tampa, FL 33619

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*

## <u>VERIFICATION</u>

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 11, 2023.

Payne's Environmental Services, LLC,

/s/ Terry Payne
_____

Terry Payne, Manager