ORDERED.

Dated: March 12, 2024

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:	Case No. 8:23-bk-04522-RCT
Payne's Environmental Services, LLC
 Debtor.	Chapter 11
_____/

**AGREED ORDER GRANTING**
**ARBORETUM CORE ASSET FUND, LP'S MOTION FOR FINAL ORDER**
**OF RELIEF FROM STAY BASED UPON DEFAULT IN ADEQUATE PROTECTION**
**(Doc. No. 86)**

THIS CAUSE came before this Court for consideration on March 7, 2024 at 11:30am ET (the "**Hearing**") upon *Arboretum Core Asset Fund, LP's Expedited Motion for Final Order of Relief from Stay Based Upon Default in Adequate Protection* (Doc. No. 86) (the "**Motion**") filed by Arboretum Core Asset Fund, LP ("**Arboretum**"). Appearances were made at the Hearing as reflected on the record. The Court, having reviewed the Motion, the *Notice of Default in Support of Arboretum Core Asset Fund, LP's Motion for Final Order of Relief from Stay Based upon Default in Adequate Protection* (Doc. No. 99), the agreement announced on the record at the Hearing and by submission of this agreed order, and the entire record in this bankruptcy case, finds that cause exists to grant the requested relief. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED** pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2).

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted, and Arboretum may proceed with the enforcement of its security interests pursuant to the Contract[1] and applicable state law with respect to the Morbark Model 1600 Tub Grinder, Serial No. 576-027, plus, all parts, replacements, accessories and other miscellaneous items (the "**Collateral**"). The debtor Payne's Environmental Services, LLC (the "**Debtor**") shall provide reasonable access and cooperation with Arboretum with respect to Arboretum's recovery of its Collateral.

3. The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and the relief granted by the Order is effective immediately upon its entry.

4. This Order is intended to only resolve the Motion. Arboretum and the Debtor reserve all other rights with respect to the bankruptcy, including but not limited to Arboretum's right to file an amended proof of claim or otherwise assert a claim, the Debtor's right to file an amended plan, and the parties' rights to respond accordingly.

5. The Court finds that Doc. Nos. 86, 90, 99 and 100 provided adequate and sufficient notice of the Motion and the Hearing to all interested parties.

6. The Court shall retain jurisdiction to determine all matters arising from the enforcement and/or implementation of this Order.

###

Daniel Etlinger is directed to serve a copy of this Order on the same parties served with the Application and who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

---

[1] All capitalized terms not defined herein shall have the same meaning as ascribed to in the Motion.